# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-19958/0005545382

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Daniel S. Bernhardt and Vicki L. Bernhardt<br><br>Debtors.<br><br>―――――――――――――――――――<br>National City Bank<br><br>Secured Creditor,<br>vs.<br><br>Daniel S. Bernhardt and Vicki L. Bernhardt, Debtors; Office of the US Trustee, Trustee.<br><br>Respondents. | No. 2:09-bk-17904-RTBP<br><br>Chapter 11<br><br>OBJECTION TO 11 PLAN |

     National City Bank, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtors for the following reasons:

     1.    The Chapter 11 Plan provides for an impermissible cram down of National City Bank's lien interest on the real property commonly known as 1144 Arden Court, Chino Valley AZ 86323. National City Bank, objects to the value of the subject real property as Debtors arbitrarily proposes that the fair market value of Secured Creditor's claim is without providing any legal or factual authority for such

capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 17th day of November, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
November 17, 2009 to:

Daniel S. Bernhardt and Vicki L. Bernhardt
P.O. Box 11776
Prescott, AZ  86304
Debtors

Robert M. Cook
219 W. Second St.
Yuma, AZ 85364
Attorney for Debtors

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

By: Wendy VanLuven