# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-50764/1127019140

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Daniel S. Bernhardt and Vicki L. Bernhardt<br><br>Debtors.<br>_____<br>America's Servicing Company<br><br>    Secured Creditor,<br>  vs.<br><br>Daniel S. Bernhardt and Vicki L. Bernhardt,<br>Debtors; U.S. Trustee, Trustee.<br><br>    Respondents. | No. 2:09-bk-17904-RTBP<br><br>Chapter 11<br><br>OBJECTION TO 11 PLAN |

    America's Servicing Company, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtors for the following reasons:

    1.    America's Servicing Company, files this response to the proposed 11 Plan of the Debtors. The Chapter 11 Plan provides for an impermissible cram down of America's Servicing Company's lien interest on the real property commonly known as 8475 East Gilded Perch Drive, Scottsdale AZ 85255.

America's Servicing Company, objects to the value of the subject real property as Debtors arbitrarily proposes that the fair market value of Secured Creditor's claim is $618,000.00 without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 14th day of January, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
January 14, 2010 to:

Daniel S. Bernhardt and Vicki L. Bernhardt
PO Box 11776
Prescott, AZ  86304
Debtors

Robert Cook
1430 East Missouri
Suite 150
Phoenix, AZ 85014
Attorney for Debtors

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ  85003
Trustee

By: Wendy A. Van Luven