# T I F F A N Y  &  B O S C O
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-20745/0005545399

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-17904-RTBP |
| Daniel S. Bernhardt and Vicki L. Bernhardt | Chapter 11 |
| Debtors. | OBJECTION TO 11 PLAN |
| _____ | |
| PNC Bank, f/k/a National City Bank | |
| Secured Creditor, | |
| vs. | |
| Daniel S. Bernhardt and Vicki L. Bernhardt, Debtors; Office of the US Trustee, Trustee. | |
| Respondents. | |

      PNC Bank, f/k/a National City Bank, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtors for the following reasons:

      1.      PNC Bank, f/k/a National City Bank, files this response to the proposed 11 Plan of the Debtors. The Chapter 11 Plan provides for an impermissible cram down of PNC Bank, f/k/a National City Bank's lien interest on the real property commonly known as 1136 Arden Ct., Chino Valley AZ 86323.

PNC Bank, f/k/a National City Bank, objects to the value of the subject real property as Debtors arbitrarily proposes that the fair market value of Secured Creditor's claim is $109,632.04 without providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case.

    WHEREFORE, secured creditor prays as follows:

       (1) That the 11 Plan be denied.

       (2) For such other relief as this Court deems proper.

    DATED this 22nd day of January, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY   /s/ MSB # 010167
              Mark S. Bosco
              Leonard J. McDonald
              Attorneys for Secured Creditor

COPY of the foregoing mailed
January 22, 2010 to:

Daniel S. Bernhardt and Vicki L. Bernhardt
PO Box 11776
Prescott , AZ  86304
Debtors

Robert M. Cook
219 W. Second St.
Yuma, AZ 85364
Attorney for Debtors

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

By: Julie A. Purvis