# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-29678

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel S. Bernhardt and Vicki L. Bernhardt | No. 2:09-bk-17904-RTBP |
| Debtors. | Chapter 11 |
| CitiMortgage, Inc. | OBJECTION TO 11 PLAN |
| Secured Creditor, vs. | |
| Daniel S. Bernhardt and Vicki L. Bernhardt, Debtors; U.S. Trustee, Trustee. | |
| Respondents. | |

CitiMortgage, Inc., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtors for the following reasons:

1.  CitiMortgage, Inc., files this response to the proposed 11 Plan of the Debtors. The Chapter 11 Plan provides for an impermissible cram down of CitiMortgage, Inc.'s lien interest on the real property commonly known as 1325 West Glendale Avenue, Phoenix AZ 85016.

2.  CitiMortgage, Inc. objects to the value of the subject real property as Debtors arbitrarily propose that the fair market value of Secured Creditor's claim is $133,806.92 without

providing any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case. Further, the Plan is not confirmable because it violates 11 USC Section 1123(b)(5) by attempting to modify CitiMortgage, Inc.'s rights as a secured creditor holding a lien position secured by the debtors principle residence. 11 USC Section 1123(b)(5) provides in part:

> Subsection (B) Subject to subsection (a) of this section, a Plan may…
>
> Subsection (5) Modify the rights of holders of secured claims, other than a claim secured only by security interest in real property that is the Debtors principle residence…

Because the Plan attempts to modify the rights of CitiMortgage, Inc.'s claim secured by a lien interest in the property, which is the Debtor's personal residence, the Plan violates 11 USC Section 1123(b)(5) and therefore is not confirmable pursuant to 11 USC 1129 (a)(1).

WHEREFORE, secured creditor prays as follows:

(1) That the 11 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 10th day of February, 2010.

                                              Respectfully submitted,

                                              TIFFANY & BOSCO, P.A.

                                              BY  /s/ MSB # 010167
                                                   Mark S. Bosco
                                                   Leonard J. McDonald
                                                   Attorneys for Secured Creditor

COPY of the foregoing mailed
February 10, 2010 to:

Daniel S. Bernhardt and Vicki L. Bernhardt
PO Box 11776
Prescott, AZ  86304-1776
Debtors

| | |
|---|---|
| 1 | Robert M. Cook |
| 2 | 219 W. Second St.<br>Yuma, AZ 85364 |
| 3 | Attorney for Debtors |
| 4 | U.S. Trustee<br>230 North First Avenue |
| 5 | Suite 204<br>Phoenix, AZ  85003 |
| 6 | Trustee |
| 7 | |
| 8 | Sali Ann Peckham<br>1405 S.E. Sherrett St<br>Portland, OR 97202 |
| 9 | |
| 10 | Brice Samuel<br>5141 N 40th St<br>Phoenix, AZ 85018 |
| 11 | |
| 12 | Eric Kriwer<br>7973 E Thistle Dr |
| 13 | Prescott, AZ 86301 |
| 14 | Janice Pellatiro |
| 15 | 7700 E Gainey Ranch Rd #126<br>Scottsdale, AZ 85258 |
| 16 | Ray & Florence Currie |
| 17 | 1325 W Glendale<br>Phoenix, AZ 85021 |
| 18 | |
| 19 | Rich Spencer<br>1136 Arden Court |
| 20 | Chino Valley, AZ 86323 |
| 21 | Aurora Loan Services<br>10350 Park Meadows Drive |
| 22 | Littleton, CO 80124 |
| 23 | Aurora Loan Services |
| 24 | Bankruptcy Dept.<br>PO Box 1706 |
| 25 | Scottsbluff, NE 69363-1706 |
| 26 | |

CitiMortgage
POB 6006
The Lakes, NV  88901

Frank Hiller
8475 E. Gilded Perch
Scottsdale, AZ

Indymac Mortgage Services
PO Box 78826
Phoenix, AZ 85062-8826

National City Mortgage
POB 1820
Dayton, OH  45401-1820

National City Mortgage
POB 1820
Dayton, OH  45401-1820

St. Joseph's Hospital & Med Center
350 W. Thomas Road
Phoenix, AZ 85013

Villa Tercera Patiohouse Corp.
Mulcahy Law Firm PC
3001 East Camelback Rd., Suite 130
Phoenix, AZ 85019


By: Lisa R. Montee