Post-BAPCRA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                    )     CASE NO. *2-09-17904-PHX-RTBP*
                                          )
                                          )     **INDIVIDUAL DEBTOR ENGAGED IN**
*DAN AND VICKI BERNHARDT*                  )     **BUSINESS MONTHLY REPORT**
                                          )
                                          )     MONTH OF *JUNE 2010*
                                          )
                                          )     DATE PETITION FILED: *July 29, 2009*
                                          )
                              Debtor(s)   )     TAX PAYER ID NO. : *Both on File*

Nature of Debtor's Business:        *REAL ESTATE / RENTALS*

Nature of Co-Debtor's Business:     *SAME*

DATE DISCLOSURE STATEMENT FILED _____     TO BE FILED _____

DATE PLAN OF REORGANIZATION FILED _____     TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

RESPONSIBLE PARTY:

_*Dan Bernhardt*_____          _*Vicki Bernhardt*_____
ORIGINAL SIGNATURE OF DEBTOR               ORIGINAL SIGNATURE OF CO-DEBTOR

*Dan Bernhardt*_____          *Vicki Bernhardt*_____
PRINTED NAME OF DEBTOR                     PRINTED NAME OF CO-DEBTOR

*July 6, 2010*_____          *July 6, 2010*_____
              DATE                                      DATE

PREPARER:

_*Dan Bernhardt*_____          _____
ORIGINAL SIGNATURE OF PREPARER             TITLE

*Dan Bernhardt*_____          _____
PRINTED NAME OF PREPARER                   DATE

PERSON TO CONTACT REGARDING THIS REPORT: _____

                        PHONE NUMBER: _____

                             ADDRESS: _____

FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

JUNE 2010

Case Number: *2-09-17904-PHX - RTBP*

**CASH SUMMARY**
**INDIVDUAL DEBTOR**

Attach a copy of the Bank Statements to the Report

| | | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|---|
| | Cash | Checking # — 7742 | Savings # — 0018 | *Savings* # — 2425 | | |
| Balance at Beginning of Period | 50,000 ⁰⁰ | 2,331.²⁸ | 99,186.79 | 5,503.70 | | 157,021.77 |
| **RECEIPTS** | | | | | | |
| Wages – Debtor | | | | | | |
| Wages – Co-Debtor | | | | | | |
| Loans and Advances | | | | | | |
| Sale of Assets | | | | | | |
| Gifts (money) | | | | | | |
| Transfers from Other DIP Accounts | | | | 100.00 | | 100.00 |
| Other (attach list) *INTEREST* | | 0.09 | 32.61 | 0.69 | | 33.39 |
| *SOC. SEC.* | | 1,875.00 | | | | 1875.00 |
| *PENSION* | | 870.94 | | | | 870.94 |
| TOTAL RECEIPTS | — | 2,746.03 | 32.61 | 100.69 | | 2,879.33 |
| TOTAL DISBURSEMENTS | -0- | 2,777.97 | -0- | -0- | | 2,777.97 * |
| Balance at End of Month | 50,000.⁰⁰ | 2,299.14 | 99,219.40 | 5,604.59 | | 157,123.13 |

| CREDIT CARD ACTIVITY | Dollar Amount of Charges/Purchases | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name *AMERICAN EXP* Acct # — 4001 | 3,002.02 | -0- | 2,329.35 | ⟨1,977.98⟩ |
| Name *MASTER CARD* Acct # — 8563 | 154.33 | -0- | 154.33 | -0- |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements – Individual DIP Accounts (from above) | 2,777.97 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | 19,770.88 |
| Less: Transfers between debtor-in-possession bank accounts | - 100.00 |
| Total Disbursements for Calculating Quarterly Fees | 22,448.85 |

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

JUNE 2010

**Case Number:**

2-09-17904-PHX-RTBP

Month:

Account # ———————— 7742

Bank Name WELLS FARGO

### Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|      |       |         |        |
|      |       |         |        |
|      |       |         |        |
|      |       | **Total Cash/Electronic Disbursements** |  |

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|--------------|------|-------|---------|--------|
|              |      | *SEE REPORT* |   |   |
|              |      |       |         |        |
|              |      |       |         |        |
|              |      |       |         |        |
| **Total checks listed on this page** | | | | |
| **Total checks listed on continuation pages** | | | | |

**TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements)**

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay* | = | Payroll Deductions |
|------------------|----------|-----------|------|----------|---|--------------------|
| Debtor           |          |           |      |          |   |                    |
|                  |          |           |      |          |   |                    |
|                  |          |           |      |          |   |                    |
| Co-Debtor        |          |           |      |          |   |                    |
|                  |          |           |      |          |   |                    |
|                  |          |           | **Total Payroll Deductions – report on page 2** | | |

\* Net Pay should include direct deposits made by your employer to your checking and savings accounts.

JuNE 2010

CASE NUMBER

2-09-17904-PHX-RTBP

## CONTINUATION SHEET
### (INDIVIDUAL ACCOUNTS)

Month: _____

Account # _____

Bank Name _____



| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL DISBURSEMENTS THIS PAGE

Page 3a

1:06 PM

07/05/10

Accrual Basis

# Dan Bernhardt
# Profit & Loss Detail
## June 2010

| Date | Num | Name | Memo | Class | Split | Amount |
|------|-----|------|------|-------|-------|--------|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| **Social Security** | | | | | | |
| 6/9/2010 | | Social Security | June, 2010 | unassign... | Dan and Vicki ... | 1,113.00 |
| 6/23/2010 | | Social Security | June, 2010 | unassign... | Dan and Vicki ... | 762.00 |
| **Total Social Security** | | | | | | 1,875.00 |
| **Total Income** | | | | | | 1,875.00 |
| **Expense** | | | | | | |
| **Automobile Expense** | | | | | | |
| 6/9/2010 | | Capital One Bank | June Bill | personal | Dan and Vicki ... | 18.95 |
| **Total Automobile Expense** | | | | | | 18.95 |
| **Interest Expense** | | | | | | |
| **Mortgage** | | | | | | |
| 6/9/2010 | | IndyMac Bank | A/C # 10107... | 2020 Sh... | Dan and Vicki ... | 1,358.00 |
| **Total Mortgage** | | | | | | 1,358.00 |
| **Total Interest Expense** | | | | | | 1,358.00 |
| **Medical expense** | | | | | | |
| 6/4/2010 | | American Express | June Stmt | unassign... | Dan and Vicki ... | 301.28 |
| **Total Medical expense** | | | | | | 301.28 |
| **Miscellaneous** | | | | | | |
| 6/3/2010 | | American Express -... | May Stmt | personal | Dan and Vicki ... | 7.57 |
| **Total Miscellaneous** | | | | | | 7.57 |
| **Personal expense** | | | | | | |
| **Dinning** | | | | | | |
| 6/4/2010 | | American Express | June Stmt | personal | Dan and Vicki ... | 202.84 |
| **Total Dinning** | | | | | | 202.84 |
| **fastfood** | | | | | | |
| 6/4/2010 | | American Express | June Stmt | personal | Dan and Vicki ... | 4.06 |
| **Total fastfood** | | | | | | 4.06 |
| **groceries** | | | | | | |
| 6/9/2010 | | Capital One Bank | June Bill | personal | Dan and Vicki ... | 82.26 |
| **Total groceries** | | | | | | 82.26 |
| **YMCA** | | | | | | |
| 6/4/2010 | | American Express | June Stmt | personal | Dan and Vicki ... | 49.00 |
| **Total YMCA** | | | | | | 49.00 |

Page 1

1:06 PM
07/05/10
Accrual Basis

# Dan Bernhardt
## Profit & Loss Detail
### June 2010

| Date | Num | Name | Memo | Class | Split | Amount |
|---|---|---|---|---|---|---|
| **Personal expense - Other** | | | | | | |
| 6/8/2010 | bank | Capital One Bank | June Bill | personal | Dan and Vicki ... | 175.72 |
| **Total Personal expense - Other** | | | | | | 175.72 |
| **Total Personal expense** | | | | | | 513.88 |
| **Timeshare expense** | | | | | | |
| 6/4/2010 | bank | American Express | June Stmt | personal | Dan and Vicki ... | 34.84 |
| **Total Timeshare expense** | | | | | | 34.84 |
| **Travel & Ent** | | | | | | |
| **Entertainment** | | | | | | |
| 6/4/2010 | bank | American Express | June Stmt | personal | Dan and Vicki ... | 7.58 |
| **Total Entertainment** | | | | | | 7.58 |
| **Travel & Ent - Other** | | | | | | |
| 6/4/2010 | bank | American Express | June Stmt | personal | Dan and Vicki ... | 182.78 |
| **Total Travel & Ent - Other** | | | | | | 182.78 |
| **Total Travel & Ent** | | | | | | 190.36 |
| **Utilities** | | | | | | |
| **Electric** | | | | | | |
| 6/3/2010 | bank | APS | May Statem... | 2020 Sh... | Dan and Vicki ... | 103.54 |
| 6/24/2010 | bank | APS | June Statem... | 2020 Sh... | Dan and Vicki ... | 93.20 |
| **Total Electric** | | | | | | 196.74 |
| **gas** | | | | | | |
| 6/3/2010 | bank | UniSource Energy ... | May Statement | 2020 Sh... | Dan and Vicki ... | 56.35 |
| **Total gas** | | | | | | 56.35 |
| **Total Utilities** | | | | | | 253.09 |
| **Total Expense** | | | | | | 2,677.97 |
| **Net Ordinary Income** | | | | | | -802.97 |
| **Other Income/Expense** | | | | | | |
| **Other Income** | | | | | | |
| **Interest Income** | | | | | | |
| 6/30/2010 | | | Interest | unassign... | Dan and Vicki ... | 0.09 |
| **Total Interest Income** | | | | | | 0.09 |

1:06 PM
07/05/10
Accrual Basis

# Dan Bernhardt
## Profit & Loss Detail
### June 2010

| Date | Num | Name | Memo | Class | Split | Amount |
|------|-----|------|------|-------|-------|--------|
| **Pension Distribution** | | | | | | |
| 6/1/2010 | | State Farm | Vicki - June | unassign.... | Dan and Vicki ... | 135.94 |
| 6/8/2010 | | State Farm | Vicki - June | unassign.... | Dan and Vicki ... | 735.00 |
| **Total Pension Distribution** | | | | | | 870.94 |
| | | | | | | |
| **Total Other Income** | | | | | | 871.03 |
| **Net Other Income** | | | | | | 871.03 |
| | | | | | | |
| **Net Income** | | | | | | 88.08 |

1:08 PM
07/05/10
Accrual Basis

# Dan Bernhardt
## Transaction Detail by Account
### June 2010

| Type | Date | Num | Name | Memo | Class | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Dan and Vicki Personal Checking** | | | | | | | | |
| Deposit | 6/1/2010 | | | Deposit | | Pension Distri... | 135.94 | 135.94 |
| Transfer | 6/1/2010 | | | Funds Transfer | | Personal Over... | -100.00 | 35.94 |
| Check | 6/3/2010 | bank | UniSource Energy... | Shannon May | | gas | -56.35 | -20.41 |
| Check | 6/3/2010 | bank | APS | | | Electric | -103.54 | -123.95 |
| Check | 6/3/2010 | bank | American Express ... | May Stmt | | Miscellaneous | -7.57 | -131.52 |
| Check | 6/4/2010 | bank | American Express | June Stmt | | -SPLIT- | -782.38 | -913.90 |
| Deposit | 6/8/2010 | | | Deposit | | Pension Distri... | 735.00 | -178.90 |
| Deposit | 6/9/2010 | | | June Bill | | -SPLIT- | -276.93 | -455.83 |
| Check | 6/9/2010 | bank | Capital One Bank | Shannon 1/2 ... | | Mortgage | -1,358.00 | -1,813.83 |
| Check | 6/9/2010 | bank | IndyMac Bank | Deposit | | Social Security | 1,113.00 | -700.83 |
| Deposit | 6/9/2010 | | | Deposit | | Social Security | 762.00 | 61.17 |
| Deposit | 6/23/2010 | | | Shannon | | Electric | -93.20 | -32.03 |
| Check | 6/24/2010 | bank | APS | Interest | unassign... | Interest Income | 0.09 | -31.94 |
| Deposit | 6/30/2010 | | | Interest | | | -31.94 | -31.94 |
| **Total Dan and Vicki Personal Checking** | | | | | | | -31.94 | -31.94 |
| **TOTAL** | | | | | | | -31.94 | -31.94 |

1:09 PM
07/05/10
Accrual Basis

# Dan Bernhardt
## Transaction Detail by Account
### June 2010

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|------|------|-----|------|------|-------|-----|-------|--------|---------|
| **Dan and Vicki Personal Savings** | | | | | | | | | |
| Deposit | 6/30/2010 | | | Interest | unassign... | X | Interest Income | 32.61 | 32.61 |
| **Total Dan and Vicki Personal Savings** | | | | | | | | 32.61 | 32.61 |
| **TOTAL** | | | | | | | | **32.61** | **32.61** |

Case Number: **2-09-17904-PHX - RTBP**    **DBA BUSINESS ENTITY**    *JUNE 2010*

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| Attach a copy of the Bank Statements to the Report | SAVINGS 0000 # | Operating -7718 # | SAVINGS -2743 # | Tax | |
| **Balance at Beginning of Period** | 192,668.20 | 20,735.39 | 5,503.90 | N/A | 218,907.49 |
| **RECEIPTS** | | | | | |
| Cash Sales | | | | | |
| Accounts Receivable - Prepetition | | | | | |
| Accounts Receivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | 100.00 | | 100.00 |
| Transfers from Other DIP Accounts | | | 0.69 | | 66.40 |
| Other (attach list) INTEREST | 63.36 | 2.35 | | | 20,345.80 |
| SEE REPORT | | 30,345.80 | | | 20,512.20 |
| **TOTAL RECEIPTS** | 63.36 | 20,348.15 | 100.69 | | |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts #2743 | | 100.00 | | | 100.00 |
| Other (attach list) SEE REPORT | | 19,770.88 | | | 19,770.88 |
| Reorganization Expenses: | | | | | |
|   Attorney Fees | | | | | |
|   Accountant Fees | | | | | |
|   Other Professional Fees | | | | | |
|   U. S. Trustee Quarterly Fee | | | | | |
|   Court Costs | | | | | |
| **TOTAL DISBURSEMENTS** | 0 | 19,870.88 | 0 | | 19,870.88 |
| **Balance at End of Month** | 192,731.56 | 21,212.66 | 5,604.59 | | 219,548.81 |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | 19,870.88 |
| Less: Transfers to Other DIP Accounts | − 100.00 |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) | 19,770.88 |

   $\langle 720.00 \rangle + 78.71 = \langle 641.29 \rangle$

*JUNE 2010*

# INCOME STATEMENT
(Accrual Basis)

Case Number:
J-09-17904-PHX-RTBP

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.*

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | 20,345.80 | 108,568.75 | 166,323.77 |
| Less:  Returns & Discounts | | | |
|     Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
|     Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
|     Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) *INTEREST* | 2.35 | 11.32 | 48.76 |
| Other Expense (attach list) | 19,770.88 | 109,463.45 | 276,670.93 |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
|     Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
|     Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | 577.27 | -883.48 | -50,298.40 |
|---|---|---|---|



# Wells Fargo ® High Yield Savings

## Activity summary

| | |
|---|---|
| Balance on 6/1 | 192,668.20 |
| Deposits/Additions | 63.36 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 6/30** | **$192,731.56** |

Account number: **********0000

**DANIEL S BERNHARDT**
**VICKI BERNHARDT**
**DEBTOR IN POSSESSION**
**CH 11, CASE 09-17904 (AZ)**

Wells Fargo Bank, N.A., Arizona  (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $63.36 |
| Average collected balance this month | $192,668.20 |
| Annual percentage yield earned | 0.40% |
| Interest paid this year | $413.01 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 6/1 | | | 192,668.20 |
| 6/30 | Interest Payment | 63.36 | | 192,731.56 |
| | Ending balance on 6/30 | | | 192,731.56 |
| **Totals** | | **$63.36** | **$0.00** | |



PMA account ██████7718 ■ June 1, 2010 – June 30, 2010 ■ Page 3 of 7

# PMA ® Prime Checking Account

### Activity summary

| | |
|---|---|
| Balance on 6/1 | 20,735.39 |
| Deposits/Additions | 20,348.15 |
| Withdrawals/Subtractions | - 20,512.17 |
| **Balance on 6/30** | **$20,571.37** |

Account number: ██████7718

**DANIEL S BERNHARDT**
**VICKI BERNHARDT**
**DEBTOR IN POSSESSION**
**CH 11, CASE 08-17904 (AZ)**

Wells Fargo Bank, N.A., Arizona (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

### Overdraft protection

Your account is linked to the following for Overdraft Protection:

■ Savings - 8251152743

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $2.35 |
| Average collected balance this month | $21,668.81 |
| Annual percentage yield earned | 0.13% |
| Interest paid this year | $11.22 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 6/1 | | | | 20,735.39 |
| 6/1 | Transfer From DDA #000008403832739 | | 1,000.00 | | |
| 6/1 | Online Transfer From Ament A Ref#Ibexc9Dchc Complete Advantage(Rm) June 2010 Rent | | 1,000.00 | | |
| 6/1 | Recurring Transfer Ref#Ope5SV7Y4M to Savings Xxxxxx2743 | | | 100.00 | 22,635.39 |
| 6/3 | Deposit | | 2,400.00 | | |
| 6/3 | Deposit | | 1,500.00 | | |
| 6/3 | Deposit | | 1,350.00 | | |
| 6/3 | Deposit | | 1,275.00 | | |
| 6/3 | Deposit | | 1,200.00 | | |
| 6/3 | Deposit | | 1,030.00 | | |
| 6/3 | Deposit | | 1,000.00 | | 32,390.39 |
| 6/4 | Bill Pay US Pref. Realty On-Line Xxxx Xx Xxx Xxxxxardt On 06-04 | | | 900.00 | |
| 6/4 | Bill Pay Hoa - Pinchot 15 On-Line Xxxxxxxxxxxx0015 On 06-04 | | | 610.00 | |
| 6/4 | Bill Pay Hoa - DC Ranch On-Line X0130 On 06-04 | | | 259.75 | |
| 6/4 | Bill Pay Water - 44 Arden On-Line Xxxx,Xxx57.03 On 06-04 | | | 54.71 | |
| 6/4 | Bill Pay Gas- 1144 Arden On-Line Xxxxxx9868 On 06-04 | | | 11.20 | 30,554.73 |
| 6/7 | Bill Pay Am. Exp. Rentals On-Line Xxxxxxxxxxxx4001 On 06-07 | | | 462.74 | 30,091.99 |
| 6/8 | Deposit | | 3,100.00 | | |
| 6/8 | Deposit | | 1,183.00 | | 34,374.99 |
| 6/9 | Bill Pay Pool – 54Th CT On-Line Not Applicable On 06-09 | | | 631.67 | |
| 6/9 | Bill Pay Jesus Gonzalez On-Line Not Applicable On 06-09 | | | 600.00 | |
| 6/9 | Bill Pay Hoa - Gainey On-Line Xxf126 On 06-09 | | | 540.00 | 32,603.32 |
| 6/10 | Bill Pay Mtg - DC Ranch On-Line Xxxxxx4900 On 06-10 | | | 3,120.00 | |
| 6/10 | Bill Pay Mtg - Gilded On-Line Xxxxxx9140 On 06-10 | | | 1,532.00 | |
| 6/10 | Bill Pay Ins - Autoowners On-Line Xxxxx3568 On 06-10 | | | 1,362.49 | |
| 6/10 | Bill Pay Mtg - Dancing On-Line Xxxxxx9430 On 06-10 | | | 1,200.00 | |
| 6/10 | Bill Pay Mtg - 54Th Court On-Line Xxxxxx7321 On 06-10 | | | 1,043.00 | |
| 6/10 | Bill Pay Mtg - Gainey On-Line Xxxxxx8056 On 06-10 | | | 1,013.00 | |
| 6/10 | Bill Pay Mtg - Glendale On-Line Xxxxxx3158 On 06-10 | | | 990.00 | |
| 6/10 | Bill Pay Mtg - 79 Outlook On-Line Xxxxxx8090 On 06-10 | | | 906.00 | |
| 6/10 | Bill Pay Mtg - 86 Outlook On-Line Xxxxxx7969 On 06-10 | | | 664.00 | |
| 6/10 | Check | 1304 | | 720.00 | |
| 6/10 | Bill Pay Mtg - Thistle On-Line Xxxxxx1231 On 06-10 | | | 636.00 | |
| 6/10 | Bill Pay Cap 1 Rental On-Line Xxxxxxxxxxxx8563 On 06-10 | | | 4.18 | 19,212.65 |
| 6/16 | Bill Pay Hoa - Gilded On-Line Xxxxxxxxx8103 On 06-16 | | | 832.00 | |
| 6/16 | Bill Pay Mtg - 36 Arden On-Line X:Xx-Xx-Xxxxx-Rtbp On 06-16 | | | 750.00 | |



## PMA • PRIME CHECKING ACCOUNT  (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|----------------------------|----------------------|
| 6/16 | Bill Pay Hoa - 7479 Outlk On-Line 302 On 06-16 | | | 190.00 | |
| 6/16 | Bill Pay Hoa - 7486 Outlk On-Line 438 On 06-16 | | | 190.00 | |
| 6/16 | Bill Pay Hoa - Thistle On-Line Xxx4206 On 06-16 | | | 169.00 | |
| 6/16 | Bill Pay APS - 1144 Arden On-Line Xxxxx6285 On 06-16 | | 1,183.00 | 19.20 | 17,062.45 |
| 6/18 | Deposit | | | 350.00 | |
| 6/18 | Bill Pay Hoa - Glendale On-Line Xxxx X. Xxxxdale On 06-18 | | | 259.75 | |
| 6/18 | Bill Pay Hoa - DC Ranch On-Line X0130 On 06-18 | | | 77.76 | |
| 6/18 | Bill Pay Hoa - 1144 Arden On-Line Xxx0308 On 06-18 | | | 77.76 | 17,480.18 |
| 6/18 | Bill Pay Hoa - 1136 Arden On-Line Xxx0307 On 06-18 | | 1,050.00 | | |
| 6/21 | Deposit Made IN A Branch/Store | | 75.57 | | 18,605.75 |
| 6/21 | Deposit Made IN A Branch/Store | | | 35.96 | 18,569.79 |
| 6/23 | Check Crd Purchase 06/21 Redweek.Com 425-4584440 WA 486831Xxxxxx9907 174040009456312 ?MoC=7311 122105278DA01 | | 1,999.23 | | 20,569.02 |
| 6/24 | Peter Baker Sender 100624 Xxxxx1125 Daniel Bernhardt | | 2.35 | | 20,571.37 |
| 6/30 | Interest Payment | | | | 20,571.37 |
| | **Ending balance on 6/30** | | | | |
| | **Totals** | | **$20,348.15** | **$20,512.17** | |

## Summary of checks written (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount |
|--------|------|----------|
| 1304 | 6/10 | 720.00 |



# Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

☞ ENTER

**A** The ending balance shown on your statement

$ *10,571.37*

☞ ADD

**B** Any deposits listed in your register or transfers into your account which are not shown on your statement

$ _____
$ _____
$ _____
$ _____
$ _____  → $ *0*

☞ CALCULATE SUBTOTAL
(Add parts **A** and **B**)

$ *20,571.37*

☞ SUBTRACT

**C** Total of outstanding checks and withdrawals from the chart at right

- $ *78.71*

☞ CALCULATE
ENDING BALANCE
(Part **A** + Part **B** - Part **C**)
This amount should be the same as the current balance shown in your check register.

$ *10,492.66*

| Items outstanding | |
|---|---|
| **Check number** | **Amount** |
| *DEBIT CARD* | *14.99* |
| *DEBIT CARD* | *63.72* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ *78.71* |

# General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, please report any differences to us as soon as possible but no later than within 30 days. Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, 735 West Wisconsin Avenue, Milwaukee, WI 53201-2057 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

**1.** Tell us your name and account number (if any).

**2.** Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

**3.** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and loan products, including PMA Package, offered by Wells Fargo Bank, N.A., Member FDIC.

©2007 Wells Fargo Bank, N.A. All rights reserved.






# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Balance on 6/1 | 5,503.90 |
| Deposits/Additions | 100.69 |
| Withdrawals/Subtractions | - 0.00 |
| Balance on 6/30 | $5,604.59 |

Account number: ████2743

**DANIEL S BERNHARDT**
**VICKI BERNHARDT**
**DEBTOR IN POSSESSION**
**CHAPTER 11, CASE 09-17904 (AZ)**

Wells Fargo Bank, N.A., Arizona (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.69 |
| Average collected balance this month | $5,603.90 |
| Annual percentage yield earned | 0.15% |
| Interest paid this year | $3.98 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 6/1 | | | 5,503.90 |
| 6/1 | Recurring Transfer Ref #Ope55V7Y4M From Checking Xxxxxx7718 | 100.00 | | 5,603.90 |
| 6/30 | Interest Payment | 0.69 | | 5,604.59 |
| | Ending balance on 6/30 | | | 5,604.59 |
| **Totals** | | **$100.69** | **$0.00** | |

1:10 PM
07/05/10
Cash Basis

# Dan Bernhardt
## Profit & Loss Detail
### June 2010

| Date | Num | Name | Memo | Class | Split | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | |
| **Income** | | | | | | | |
| **Refund** | | | | | | | |
| 6/21/2010 | APS | | 1144 Arden c... | 1144 Ard... | Dan and Vicki ... | 75.57 | 75.57 |
| **Total Refund** | | | | | | 75.57 | 75.57 |
| | | | | | | | |
| **Rental Income** | | | | | | | |
| 6/1/2010 | | Andrew Arnent | June rent Dir... | Gainey R... | Dan and Vicki ... | 1,000.00 | 1,000.00 |
| 6/1/2010 | | Andrew Arnent | Balance June... | Gainey R... | Dan and Vicki ... | 1,000.00 | 1,000.00 |
| 6/3/2010 | | Eric Kriver | June Rent | 7479 N... | Dan and Vicki ... | 1,200.00 | 1,200.00 |
| 6/3/2010 | | Robert L. Holladay | June Rent | 1621 Da... | Dan and Vicki ... | 1,275.00 | 1,275.00 |
| 6/3/2010 | | Ray and Florence C... | June Rent | 1325 Gle... | Dan and Vicki ... | 1,350.00 | 1,350.00 |
| 6/3/2010 | | Rich Spencer | June Rent | 1136 Ard... | Dan and Vicki ... | 1,030.00 | 1,030.00 |
| 6/3/2010 | | William & Eve Pilor | June Rent wil... | Pinchot... | Dan and Vicki ... | 1,500.00 | 1,500.00 |
| 6/3/2010 | | Frank Hiller | June Rent | 8475 E... | Dan and Vicki ... | 2,400.00 | 2,400.00 |
| 6/3/2010 | | Roger Stam | June Rent | 7973 N T... | Dan and Vicki ... | 1,000.00 | 1,000.00 |
| 6/3/2010 | | John & Kimberly Ch... | June Rent | DC Ranc... | Dan and Vicki ... | 3,100.00 | 3,100.00 |
| 6/8/2010 | | May Rent mi... | May Rent mi... | 7486 N... | Dan and Vicki ... | 1,183.00 | 1,183.00 |
| 6/8/2010 | | ACM Realty & Inves... | June Rent | 7486 N... | Dan and Vicki ... | 1,183.00 | 1,183.00 |
| 6/18/2010 | | ACM Realty & Inves... | June Rent M... | KoOline... | Dan and Vicki ... | 1,050.00 | 1,050.00 |
| 6/21/2010 | | Brendan Sanger | July Rent Min... | KoOline | Dan and Vicki ... | 1,999.23 | 1,999.23 |
| 6/24/2010 | | Peter Baker | July Rent Min... | 3611 N 5... | Dan and Vicki ... | | |
| **Total Rental Income** | | | | | | 20,270.23 | 20,345.60 |
| | | | | | | | |
| **Total Income** | | | | | | | 20,345.60 |
| | | | | | | | |
| **Expense** | | | | | | | |
| **Homeowners association** | | | | | | | |
| 6/3/2010 | bank | Ranch Association | June 2010 D... | DC Ranc... | Dan and Vicki ... | 259.75 | 259.75 |
| 6/3/2010 | bank | Terrace Condo at G... | May - June | Pinchot... | Dan and Vicki ... | 610.00 | 610.00 |
| 6/8/2010 | bank | Gainey Ranch Asso... | June Dues 2... | Gainey R... | Dan and Vicki ... | 540.00 | 540.00 |
| 6/15/2010 | bank | StoneRidge Prescot... | July - Septe... | 7973 N T... | Dan and Vicki ... | 169.00 | 169.00 |
| 6/15/2010 | bank | Grayhawk Commun... | 2010 HOA D... | 8475 E... | Dan and Vicki ... | 832.00 | 832.00 |
| 6/15/2010 | bank | Park Ridge H O A | Quarterly Du... | 7486 N... | Dan and Vicki ... | 190.00 | 190.00 |
| 6/15/2010 | bank | Park Ridge H O A | Quarterly Du... | 7479 N... | Dan and Vicki ... | 190.00 | 190.00 |
| 6/17/2010 | bank | Highlands Ranch H... | HOA Dues fo... | 1136 Ard... | Dan and Vicki ... | 77.76 | 77.76 |
| 6/17/2010 | bank | Highlands Ranch H... | HOA Dues fo... | 1144 Ard... | Dan and Vicki ... | 77.76 | 77.76 |
| 6/17/2010 | bank | Ranch Association | July 2010 Dues | DC Ranc... | Dan and Vicki ... | 259.75 | 259.75 |
| 6/17/2010 | bank | Deville Place Home... | HOA 2010 D... | 1325 Gle... | Dan and Vicki ... | 350.00 | 350.00 |
| **Total Homeowners association** | | | | | | | 3,556.02 |
| | | | | | | | |
| **Insurance** | | | | | | | |
| **umbrella** | | | | | | | |
| 6/9/2010 | bank | Auto Owners | All Properties... | unassign... | Dan and Vicki ... | 1,362.49 | 1,362.49 |
| **Total umbrella** | | | | | | 1,362.49 | 1,362.49 |
| | | | | | | | |
| **Total Insurance** | | | | | | | 1,362.49 |
| | | | | | | | |
| **Interest Expense** | | | | | | | |
| **Total Expense** | | | | | | | 1,362.49 |

Page 1

1:10 PM
07/05/10
Cash Basis

# Dan Bernhardt
## Profit & Loss Detail
### June 2010

| Date | Num | Name | Memo | Class | Split | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|---|
| **Mortgage** | | | | | | | |
| 8/9/2010 | bank | Chase Home Finance | A/C # 9827... | 3811 N 5... | Dan and Vicki... | 1,043.00 | 1,043.00 |
| 6/9/2010 | bank | Aurora Loan Services | A/C # 0040... | 1621 Da... | Dan and Vicki... | 1,200.00 | 1,200.00 |
| 6/9/2010 | bank | CITI MORTGAGE | A/C # 20055. | 1325 Gle... | Dan and Vicki... | 990.00 | 990.00 |
| 6/9/2010 | bank | ASO Mortgage | A/C # 11270. | 8475 E... | Dan and Vicki... | 1,532.00 | 1,532.00 |
| 6/9/2010 | bank | Suntrust Mortgage,... | A/C # 20256. | 7479 N... | Dan and Vicki... | 906.00 | 908.00 |
| 6/9/2010 | bank | Suntrust Mortgage,... | A/C #02056. | 7486 N... | Dan and Vicki... | 864.00 | 864.00 |
| 6/9/2010 | bank | IndyMac Bank | A/C # 10070. | Gainey R... | Dan and Vicki... | 1,013.00 | 1,013.00 |
| 6/9/2010 | bank | IndyMac Bank | A/C # 10067. | DC Ranc... | Dan and Vicki... | 3,120.00 | 3,120.00 |
| 6/9/2010 | bank | IndyMac Bank | A/C # 10099. | 7973 N... | Dan and Vicki... | 636.00 | 636.00 |
| 6/15/2010 | bank | Tiffany & Bosco, P.A. | 1/2 Mtg Pay... | 1136 Ard... | Dan and Vicki... | 750.00 | 750.00 |
| **Total Mortgage** | | | | | | | 12,054.00 |
| **Total Interest Expense** | | | | | | | 12,054.00 |
| **Lease Commission** | | | | | | | |
| 6/3/2010 | bank | US Preferred Realty... | Lease 54th ct... | 3811 N 5... | Dan and Vicki... | 900.00 | 900.00 |
| **Total Lease Commission** | | | | | | | 900.00 |
| **Maintenance-labor** | | | | | | | |
| **Yard service** | | | | | | | |
| 6/8/2010 | bank | Jesus Gonzales | Yard Work J... | DC Ranc... | Dan and Vicki... | 300.00 | 300.00 |
| 6/8/2010 | bank | Jesus Gonzales | Yard Work J... | 3811 N 5... | Dan and Vicki... | 300.00 | 300.00 |
| **Total yard service** | | | | | | | 600.00 |
| **Total Maintenance-labor** | | | | | | | 600.00 |
| **Miscellaneous** | | | | | | | |
| 6/9/2010 | bank | Capital One Bank | June Statem... | 1144 Ard... | Dan and Vicki... | 4.18 | 4.18 |
| **Total Miscellaneous** | | | | | | | 4.18 |
| **Pool maintenance** | | | | | | | |
| 6/8/2010 | bank | Don's Pool Service | Invoice #665... | 3811 N 5... | Dan and Vicki... | 450.00 | 450.00 |
| 6/8/2010 | bank | Don's Pool Service | cleaning | 3811 N 5... | Dan and Vicki... | 181.67 | 181.67 |
| **Total Pool maintenance** | | | | | | | 631.67 |
| **Repairs** | | | | | | | |
| 6/4/2010 | bank | American Express | June Stmt | 1144 Ard... | Dan and Vicki... | 6.49 | 6.49 |
| **Total Repairs** | | | | | | | 6.49 |
| **Supply expense** | | | | | | | |
| **landscape** | | | | | | | |
| 6/4/2010 | bank | American Express | June Stmt | 1144 Ard... | Dan and Vicki... | 129.26 | 129.26 |
| **Total landscape** | | | | | | | 129.26 |
| **locks** | | | | | | | |
| 6/4/2010 | bank | American Express | June Stmt | 1144 Ard... | Dan and Vicki... | 2.81 | 2.81 |

1:10 PM
07/05/10
Cash Basis

# Dan Bernhardt
## Profit & Loss Detail
### June 2010

| Date | Num | Name | Memo | Class | Split | Original Amount | Paid Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | **Total locks** | | | | 2.81 |
| | | | **plumbing** | | | | |
| 6/4/2010 | | bank | | | | | |
| | | American Express | June Stmt | Gainey R... | Dan and Vicki ... | 16.81 | 16.81 |
| | | | **Total plumbing** | | | | 16.81 |
| | | | **Total Supply expense** | | | | 148.88 |
| | | | **Timeshare expense** | | | | |
| | | | **dues** | | | | |
| 6/30/2010 | | DB/CR   Visa — Rental A/C | Advertiseme... | unassign... | Dan and Vicki ... | 14.99 | 14.99 |
| | | | **Total dues** | | | | 14.99 |
| | | | **Timeshare expense - Other** | | | | |
| 6/21/2010 | | DB/CR   Visa — Rental A/C | Advertisement | unassign... | Dan and Vicki ... | 35.96 | 35.96 |
| 6/30/2010 | | DB/CR   Visa — Rental A/C | Advertisement | unassign... | Dan and Vicki ... | 63.72 | 63.72 |
| | | | **Total Timeshare expense - Other** | | | | 99.68 |
| | | | **Total Timeshare expense** | | | | 114.67 |
| | | | **Utilities** | | | | |
| | | | **Electric** | | | | |
| 6/15/2010 | | bank    APS | June Statem... | 1144 Ard... | Dan and Vicki ... | 19.20 | 19.20 |
| | | | **Total Electric** | | | | 19.20 |
| | | | **gas** | | | | |
| 6/3/2010 | | bank    UniSource Energy ... | May | 1144 Ard... | Dan and Vicki ... | 11.20 | 11.20 |
| | | | **Total gas** | | | | 11.20 |
| | | | **Water** | | | | |
| 6/3/2010 | | bank    town of Chino Valley | June Statem... | 1144 Ard... | Dan and Vicki... | 54.71 | 54.71 |
| 6/4/2010 | | bank    American Express | June Stmt | 3811 N 5... | Dan and Vicki... | 307.37 | 307.37 |
| | | | **Total Water** | | | | 362.08 |
| | | | **Total Utilities** | | | | 392.48 |
| | | | **Total Expense** | | | | 574.92 |
| | | | **Net Ordinary Income** | | | | 19,770.88 |
| | | | **Other Income/Expense** | | | | |
| | | | **Other Income** | | | | |
| | | | **Interest Income** | | | | |
| 6/30/2010 | | | Interest | unassign... | Dan and Vicki... | 2.35 | 2.35 |
| | | | **Total Interest Income** | | | | 2.35 |
| | | | **Total Other Income** | | | | 2.35 |

*(handwritten: DEBIT CARD, 16.81)*
*(handwritten: DEBIT CARD 307.37)*

1:10 PM
07/05/10
Cash Basis

# Dan Bernhardt
## Profit & Loss Detail
### June 2010

| Date | Num | Name | Memo | Class | Split | Original Amount | Paid Amount |
|------|-----|------|------|-------|-------|-----------------|-------------|

Net Other Income

Net Income

|  |  |  |  |  |  |  | 2.35 |
|  |  |  |  |  |  |  | 577.27 |

1:13 PM
07/05/10
Accrual Basis

# Dan Bernhardt
## Transaction Detail by Account
### June 2010

**Dan and Vicki Rentals Checking**

| Type | Date | Num | Name | Memo | Class | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Deposit | 6/1/2010 | | | Deposit | | Rental Income | 1,000.00 | 1,000.00 |
| Deposit | 6/1/2010 | | | Deposit | | Rental Income | 1,000.00 | 2,000.00 |
| Deposit | 6/1/2010 | | | Funds Transfer | | Rental Overdf... | -100.00 | 1,900.00 |
| Transfer | 6/1/2010 | | | Funds Transfer | | Transfer | 1,200.00 | 3,100.00 |
| Deposit | 6/3/2010 | | | Deposit | | Rental Income | 1,275.00 | 4,375.00 |
| Deposit | 6/3/2010 | | | Deposit | | Rental Income | 1,350.00 | 5,725.00 |
| Deposit | 6/3/2010 | | | Deposit | | Rental Income | 1,030.00 | 6,755.00 |
| Deposit | 6/3/2010 | | | Deposit | | Rental Income | 1,500.00 | 8,255.00 |
| Deposit | 6/3/2010 | | | Deposit | | Rental Income | 2,400.00 | 10,655.00 |
| Deposit | 6/3/2010 | | | Deposit | | Rental Income | 1,000.00 | 11,655.00 |
| Deposit | 6/3/2010 | bank | US Preferred Realty... | Deposit | | Lease Commi... | -900.00 | 10,755.00 |
| Check | 6/3/2010 | bank | town of Chino Valley | 54th of lease | | Water | -54.71 | 10,700.29 |
| Check | 6/3/2010 | bank | UniSource Energy ... | June Statem... | | gas | -11.20 | 10,689.09 |
| Check | 6/3/2010 | Bank | Ranch Association | 44 Arden May | | Homeowners ... | -259.75 | 10,429.34 |
| Check | 6/3/2010 | Bank | Terrace Condo at G... | DC RANCH ... | | Homeowners ... | -510.00 | 9,919.34 |
| Check | 6/4/2010 | bank | American Express | May - June D... | | -SPLIT- | -462.74 | 9,456.60 |
| Deposit | 6/8/2010 | | | Deposit | | Rental Income | 3,100.00 | 12,556.60 |
| Deposit | 6/8/2010 | | | Deposit | | Rental Income | 1,083.00 | 13,639.60 |
| Check | 6/8/2010 | bank | Don's Pool Service | May Statement | | -SPLIT- | -631.67 | 13,007.93 |
| Check | 6/8/2010 | bank | Gainey Ranch Asso... | June Dues | | Homeowners ... | -540.00 | 12,467.93 |
| Check | 6/8/2010 | bank | Jesus Gonzales | 548.DC June... | | Miscellaneous | -600.00 | 11,867.93 |
| Check | 6/8/2010 | bank | Auto Owners | Umbrella Ins... | | umbrella | -4.18 | 11,863.75 |
| Check | 6/9/2010 | bank | Chase Home Finance | 54th CT 1/2... | | Mortgage | -1,362.49 | 10,501.26 |
| Check | 6/9/2010 | bank | Aurora Loan Services | Dancing Star... | | Mortgage | -1,043.00 | 9,458.26 |
| Check | 6/9/2010 | bank | CITI MORTGAGE | Glendale 1/2... | | Mortgage | -1,200.00 | 8,258.26 |
| Check | 6/9/2010 | bank | ASC Mortgage | Gilded 1/2 P... | | Mortgage | -990.00 | 7,268.26 |
| Check | 6/9/2010 | bank | Suntrust Mortgage... | 79 Outlook 1/... | | Mortgage | -1,532.00 | 5,736.26 |
| Check | 6/9/2010 | bank | Suntrust Mortgage,... | 86 Outlook 1/... | | Mortgage | -906.00 | 4,830.26 |
| Check | 6/9/2010 | bank | IndyMac Bank | Gainey 1/2 P... | | Mortgage | -864.00 | 3,966.26 |
| Check | 6/9/2010 | bank | IndyMac Bank | DC 1/2 Pymt... | | Mortgage | -1,013.00 | 2,953.26 |
| Check | 6/9/2010 | bank | IndyMac Bank | Thistle 1/2 Py... | | Mortgage | -3,120.00 | -166.74 |
| Check | 6/15/2010 | bank | StoneRidge Prescot... | July - Septe... | | Homeowners ... | -636.00 | -802.74 |
| Check | 6/15/2010 | bank | Grayhawk Commun... | July - Septe... | | Homeowners ... | -169.00 | -971.74 |
| Check | 6/15/2010 | bank | Park Ridge H O A | 7486 HOA D... | | Homeowners ... | -832.00 | -1,803.74 |
| Check | 6/15/2010 | bank | Park Ridge H O A | 7479 HOA D... | | Homeowners ... | -190.00 | -1,993.74 |
| Check | 6/15/2010 | bank | APS | 44 Arden June | | Electric | -190.00 | -2,186.74 |
| Check | 6/17/2010 | bank | APS | 44 Arden June | | Electric | -16.20 | -2,202.94 |
| Check | 6/17/2010 | bank | Tiffany & Bosco, P.A. | 1136 Arden 1... | | Mortgage | -750.00 | -2,952.94 |
| Check | 6/17/2010 | bank | Highlands Ranch H... | HOA Fee Jul... | | Homeowners ... | -77.76 | -3,030.70 |
| Check | 6/17/2010 | bank | Highlands Ranch H... | HOA Fee Jul... | | Homeowners ... | -77.76 | -3,108.46 |
| Check | 6/17/2010 | bank | Ranch Association | DC RANCH... | | Homeowners ... | -259.75 | -3,368.21 |
| Check | 6/18/2010 | bank | Deville Place Home... | Deposit | | Rental Income | -350.00 | -3,718.21 |
| Check | 6/18/2010 | bank | Deville Place Home... | Deposit | | Rental Income | 1,183.00 | -2,535.21 |
| Deposit | 6/21/2010 | | | Refund | | Rental Income | 75.57 | -2,459.64 |
| Deposit | 6/21/2010 | | | Deposit | | Rental Income | 1,050.00 | -1,409.64 |
| Check | 8/21/2010 | DB/CR | Visa — Rental A/C | TimeShare AD | | Timeshare ex... | -35.96 | -1,445.60 |
| Deposit | 8/24/2010 | DB/CR | Visa — Rental A/C | Deposit | | Rental Income | 1,999.23 | 553.63 |
| Check | 6/30/2010 | | Visa — Rental A/C | TimeShare AD | | Timeshare ex... | -63.72 | 489.91 |

1:13 PM
07/05/10
Accrual Basis

# Dan Bernhardt
## Transaction Detail by Account
### June 2010

| Type | Date | Num | Name | Memo | Class | Split | Amount | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| Check | 6/30/2010 | DB/CR | Visa | TUG yearly D.... | | dues | -14.99 | 474.92 |
| Deposit | 6/30/2010 | | Rental A/C Interest | unassign.... | Interest Income | 2.35 | 477.27 |
| Total Dan and Vicki Rentals Checking | | | | | | | 477.27 | 477.27 |
| TOTAL | | | | | | | 477.27 | 477.27 |

1:15 PM
07/05/10
Accrual Basis

# Dan Bernhardt
# Transaction Detail by Account
## June 2010

| Type | Date | Num | Name | Memo | Class | Split | Amount | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **Dan and Vicki Rentals Savings** | | | | | | | | |
| Deposit | 6/30/2010 | | | Interest | unassign... | Interest Income | 63.36 | 63.36 |
| Total Dan and Vicki Rentals Savings | | | | | | | 63.36 | 63.36 |
| **TOTAL** | | | | | | | 63.36 | 63.36 |

**COMPARATIVE BALANCE SHEET**
(Accrual Basis)

Case Number:
2-09-17904-PHX-RTBP

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
|     Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
|     Total Current Assets | | | |
| Property, Plant & Equipment | | | |
|   Less:  Accumulated Depreciation | | | |
|   Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| **TOTAL ASSETS** | | | |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
|     Total Post-Petition Liabilities | | | |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
|     Total Pre-Petition Liabilities | | | |
| **TOTAL LIABILITIES** | | | |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
|     Total Equity | | | |
| TOTAL LIABILITIES & OWNERS EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court.

Page 6

2-09-17904-PHX-RTBP

# STATUS OF ASSETS

**Case Number:**

*Information provided on this page should reconcile with balance sheet amounts*

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | | | | |
|---|---|---|---|---|
| Schedule Amount | | | | |
| Plus: Amount Loaned Since Filing Date | | | | |
| Less: Amount Collected Since Filing Date | | | | |
| Less: Amount Considered Uncollectible | | | | |
| Net Due From Insiders | | | | |

| INVENTORY | | | | |
|---|---|---|---|---|
| Beginning Inventory | | | | |
| Plus: Purchases | | | | |
| Less: Cost of Goods Sold | | | | |
| Ending Inventory | | | | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

2-09-17904-PHX-RTBP

Case Number:

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| Total Post-Petition Liabilities | | | | | |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Name | Insiders Reason for Payment | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Name | Professionals Date of Court Order Authorizing Payment | Amount Approved | Amount Paid this Month | Total Paid to Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 8

Case Number: *2-09-17904-PHX-RTBP*

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions (attach additional sheets if needed).

_____
_____
_____

Current number of employees:    *0*

## INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

What steps have been taken to remedy the problems which brought on the chapter 11 filing?

*CONTACTING LENDERS THROUGH OUR ATTORNEY*
*ATTEMPTING TO MODIFY LOANS.*

Identify any matters that are delaying the filing of a plan of reorganization:

_____
_____
_____

Page 9

Case Number: 2-09-17904-PHX-RTBP

# DISBURSEMENT DETAIL
### (Business Entity)

Month:

Account # 7718

Bank Name WELLS FARGO

### Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Total Cash/Electronic Disbursements**

### CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|--------------|------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

*See Report*

| Total checks listed on this page |  |
|---|---|
| Total checks listed on continuation pages |  |

**TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements)**

**Case Number:**

2-09-17904-PHX-RTBP

# DISBURSEMENT DETAIL
## CONTINUATION SHEET

Month: _____
Account # _____
Bank Name _____

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL DISBURSEMENTS – THIS PAGE | | | | |



**WELLS FARGO**

# PMA ® Prime Checking Account

## Activity summary

| | |
|---|---:|
| Balance on 6/1 | 2,331.08 |
| Deposits/Additions | 2,746.03 |
| Withdrawals/Subtractions | - 2,777.97 |
| **Balance on 6/30** | **$2,299.14** |

Account number: ████7742

VICKI BERNHARDT
DANIEL S BERNHARDT
DEBTOR IN POSSESSION
CH 11, CASE 09-17904 (AZ)

Wells Fargo Bank, N.A., Arizona (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General
Statement Policies can be found towards the
end of this statement.

## Overdraft protection

Your account is linked to the following for Overdraft Protection:

■   Savings - 8251152495

## Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.09 |
| Average collected balance this month | $1,985.71 |
| Annual percentage yield earned | 0.06% |
| Interest paid this year | $0.98 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 6/1 | | | | 2,331.08 |
| 6/1 | State Farm R Ben L00SI5883 818179399Lr0601 Vicki Bernhardt 40Ber | | 135.94 | | |
| 6/1 | Recurring Transfer Ref #Opejr35N2T to Savings Xxxxx2495 | | | 100.00 | 2,367.02 |
| 6/4 | Bill Pay APS- Shannon On-Line Xxxxx5280 On 06-04 | | | 103.54 | |
| 6/4 | Bill Pay Gas- Shannon On-Line Xxxxx7825 On 06-04 | | | 56.35 | |
| 6/4 | Bill Pay Am. Exp -- Vicki On-Line Xxxxxxxxxx2003 On 06-04 | | | 7.57 | 2,199.56 |
| 6/7 | Bill Pay Am. Exp Presonal On-Line Xxxxxxxxxxxx4001 On 06-07 | | | 782.38 | 1,417.18 |
| 6/8 | Deposit | | 735.00 | | 2,152.18 |
| 6/9 | US Treasury 303 Soc Sec 060910 Vicki L Bernhardt | | 1,113.00 | | 3,265.18 |
| 6/10 | Bill Pay Mtg - Shannon On-Line Xxxxx7123 On 06-10 | | | 1,358.00 | |
| 6/10 | Bill Pay Cap 1 Personal On-Line Xxxxxxxxxxxx8563 On 06-10 | | | 276.93 | 1,630.25 |
| 6/23 | US Treasury 303 Soc Sec 062310 Daniel S Bernhardt | | 762.00 | | 2,392.25 |
| 6/25 | Bill Pay APS- Shannon On-Line Xxxxx5280 On 06-25 | | | 93.20 | 2,299.05 |
| 6/30 | Interest Payment | | 0.09 | | 2,299.14 |
| | Ending balance on 6/30 | | | | 2,299.14 |
| | **Totals** | | **$2,746.03** | **$2,777.97** | |

290737



# Wells Fargo ® High Yield Savings

## Activity summary

| | |
|---|---|
| Balance on 6/1 | 99,186.79 |
| Deposits/Additions | 32.61 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 6/30** | **$99,219.40** |

Account number: ######0018

**VICKI BERNHARDT**
**DANIEL S BERNHARDT**
**DEBTOR IN POSSESSION**
CH 11, CASE 09-17904 (AZ)

Wells Fargo Bank, N.A., Arizona (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $32.61 |
| Average collected balance this month | $99,186.79 |
| Annual percentage yield earned | 0.40% |
| Interest paid this year | $229.37 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 6/1 | | | 99,186.79 |
| 6/30 | Interest Payment | 32.61 | | 99,219.40 |
| | Ending balance on 6/30 | | | 99,219.40 |
| **Totals** | | **$32.61** | **$0.00** | |



# Wells Fargo Money Market Savings℠

## Activity summary

| | |
|---|---|
| Balance on 6/1 | 5,503.90 |
| Deposits/Additions | 100.69 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 6/30** | **$5,604.59** |

Account number: ●●●●2495

**VICKI BERNHARDT**
**DANIEL S BERNHARDT**
**DEBTOR IN POSSESSION**
**CHAPTER 11, CASE 09-17904 (AZ)**

Wells Fargo Bank, N.A., Arizona (Member FDIC)

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.69 |
| Average collected balance this month | $5,603.90 |
| Annual percentage yield earned | 0.15% |
| Interest paid this year | $3.98 |

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 6/1 | | | 5,503.90 |
| 6/1 | Recurring Transfer Ref #Opejr35N2T From Checking Xxxxxx7742 | 100.00 | | 5,603.90 |
| 6/30 | Interest Payment | 0.69 | | 5,604.59 |
| | Ending balance on 6/30 | | | 5,604.59 |
| | **Totals** | **$100.69** | **$0.00** | |